

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2019

No. 04-18-00581-CR

Justin **LUNA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9367
Honorable Joey Contreras, Judge Presiding

# O R D E R

Appellant's brief was originally due December 14, 2018, but was not filed. This court notified appellant's counsel of the deficiency on December 18, 2018. *See* TEX. R. APP. P. 38.8(b)(2). On December 28, 2018, appellant responded by filing a motion for extension of time, requesting an additional thirty days in which to file appellant's brief. The court granted the motion and ordered appellant to file the brief in this court on or before January 14, 2019, thirty days from the original due date. Neither the brief nor a motion for extension of time to file the brief has been filed.

We therefore **ORDER** appellant's appointed appellate counsel, Mr. Pat Montgomery, to file appellant's brief in this court on or before February 13, 2019. If neither the brief nor an extension of time to file the brief is filed in this court on or before the date ordered, the court will order the appeal abated and remanded to the trial court for a hearing to determine whether appellant or appointed counsel has abandoned the appeal.

We further **order** the clerk of this court to serve this order on counsel by first class United States mail and by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court